**Opinion issued April 14, 2016**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-15-00479-CV

—————————————

## JOY WALLACE VARNER, Appellant

## V.

## REOCO, INC., Appellee

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-07852**

---

## MEMORANDUM OPINION

Appellant, Joy Wallace Varner, proceeding *pro se*, appealed from the trial court's April 22, 2015 order granting the appellee's motion to expunge appellant's notice of *lis pendens*. *See* TEX. R. APP. P. 26.1. However, appellant has failed to timely file her appellate brief. *See id.* 38.6(a), 38.8(a)(1). After being notified by the Clerk of this Court on March 3, 2016, that her appeal was subject to dismissal

for failure to timely file her appellate brief, appellant failed to timely respond. *See id.* 38.8(a)(1), 42.3(c).

Accordingly, we **dismiss** the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.